Gregory R. Kaighn, SBN 124049
1390 Broadway, Suite B-345
Placerville, CA 95667
telephone: (530) 363-6987

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Janis Kaighn, Gregory R. Kaighn, individually and as co trustees on behalf of the People of the United States who hold the underlying sovereignty in the American Democracy,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>Donald John Trump,<br><br>　　　　Defendant. | Case No.:<br><br>Related Case: 16-CV-02117-KJM-CKD<br><br>Verified Complaint<br><br>Jury Trial Demanded<br><br>Declarations of Judgement, including Preliminary and Permanent Injunctions, that<br><br>1.  Donald John Trump Is Ineligible To Serve As President Of the United States,<br><br>2.  Donald John Trump Is A Member of the Communist Party (50 U.S.C. § 841 et. seq.) |

**"When Donald Trump speaks, Donald Trump is lying.  No one in America is above the law.  No one can use the platform of a Presidential campaign to engage in a conspiracy to overthrow the government."**

**"Everything that Donald Trump has ever done has turned into a complete disaster eventually. "**

**Gregory R. Kaighn
September 19, 2016**

1

# I. INTRODUCTION

1. This case is related to civil action 16-CV-02117, hereinafter "main action," and arises out of the same operative set of facts. This case is a "subset" of the "main action" and is limited to the very serious legal issues related to one particular individual, 2016 G.O.P. Presidential candidate DONALD JOHN TRUMP. Mr. Trump is the Republican Party's nominee for President in the 2016 Presidential election.

2. Mr. Trump is ineligible to serve as President of the United States for the reasons set forth in this lawsuit. In addition, Mr. Trump has already engaged in conduct that constitutes numerous impeachable offenses. If Mr. Trump were President, he would be immediately subject to impeachment, conviction, and removal from office.

# II. JURISDICTION

3. 28 U.S.C.§2201, "The Declaratory Judgements Act" grants jurisdiction to the District Court in cases where an actual controversy exists, to declare the rights and other legal relationships of any interested party whether or not further relief is or could be sought.

4. 28 U.S.C. § 2202 grants jurisdiction to provide any "Further necessary or proper relief based on a declaratory judgment or decree may be granted, after reasonable notice and hearing, against any adverse party whose rights have been determined by such judgment."

5. 28 U.S.C. § 1331 grants jurisdiction to the District Court in all cases arising under the Constitution, laws, or treaties of the United States.

6. 28 U.S.C.§ 1367 grants jurisdiction to the District Court supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy.

### III.  VENUE

7. Venue is appropriate in this judicial district pursuant to 28 U.S.C.§ 1391 in that Plaintiffs are residents of this judicial District.

### IV.  THE PARTIES

8. Plaintiff Janis Kaighn is a resident of this judicial district.  She sues in her own individual capacity and as co trustee on behalf of the People of the United States who hold the underlying sovereignty in the American democracy.  Plaintiffs personal legal interests are identical to those of the People of the United States.

9. Plaintiff Gregory Kaighn is a resident of this judicial district.  He sues in his own individual capacity and as co trustee on behalf of the People of the United States who hold the underlying sovereignty in the American democracy.  Plaintiffs personal legal interests are identical to those of the People of the United States.

10. Defendant Donald John Trump is an individual who is running for President of the United States.  As a result, said defendant is subject to personal jurisdiction in the State of California.

### V.  FACTS

11. Freedom of speech is not absolute.  There is no "second amendment" remedy for anything that exists anywhere in American law.  In our civilized society, legal remedies are pursued in Court and not with a hand gun.  ***No one has the legal right to use a gun to enforce their own personal constitutional rights.***  The concept of "freedom of speech" does not allow anyone to incite violence against the public or our elected leaders.  Yelling "fire" in a crowded movie theater is illegal.  Even "joking" about hijacking an airplane has been illegal for many years prior to 9/11.  Any American citizen can run for President.  No Presidential candidate can legally use that "platform" as a basis to "legalize or sanitize other crimes."  No Presidential candidate can use that platform for the secret purpose of subverting the American people.

12. The Communist Control Act of 1954, 50 U.S.C §841-844, is applicable in this case. Communism is a fiction created by the Illuminati. Communist means Illuminati and is synonymous with Illuminati. Communism means totalitarian dictatorship. The Communist Control Act does not allow for "creative labeling" or "re-branding." The   A communist that goes by another name is still a communist. 50 U.S.C.§ 841 states:

> The Congress finds and declares that the Communist Party of the United States, although purportedly a political party, is in fact an instrumentality of a conspiracy to overthrow the Government of the United States. It constitutes an authoritarian dictatorship within a republic, demanding for itself the rights and privileges accorded to political parties, but denying to all others the liberties guaranteed by the Constitution. Unlike political parties, which evolve their policies and programs through public means, by the reconciliation of a wide variety of individual views, and submit those policies and programs to the electorate at large for approval or disapproval, the policies and programs of the Communist Party are secretly prescribed for it by the foreign leaders of the world Communist movement. Its members have no part in determining its goals, and are not permitted to voice dissent to party objectives. Unlike members of political parties, members of the Communist Party are recruited for indoctrination with respect to its objectives and methods, and are organized, instructed, and disciplined to carry into action slavishly the assignments given them by their hierarchical chieftains. Unlike political parties, the Communist Party acknowledges no constitutional or statutory limitations upon its conduct or upon that of its members. The Communist Party is relatively small numerically, and gives scant indication of capacity ever to attain its ends

by lawful political means. The peril inherent in its operation arises not from its numbers, but from its failure to acknowledge any limitation as to the nature of its activities, and its dedication to the proposition that the present constitutional Government of the United States ultimately must be brought to ruin by any available means, including resort to force and violence. Holding that doctrine, its role as the agency of a hostile foreign power renders its existence a clear present and continuing danger to the security of the United States. It is the means whereby individuals are seduced into the service of the world Communist movement, trained to do its bidding, and directed and controlled in the conspiratorial performance of their revolutionary services. Therefore, the Communist Party should be outlawed.

13. The Communist Party and its members that support the overthrow over of government are not entitled to any privileges and immunities of nature.  Any existing privileges and immunities are stripped.  50 U.S.C.§ 842 states in pertinent part:

The Communist Party of the United States, or any successors of such party regardless of the assumed name, whose object or purpose is to overthrow the Government of the United States. . . .are not entitled to any of the rights, privileges, and immunities attendant upon legal bodies created under the jurisdiction of the laws of the United States or any political subdivision thereof; and whatever rights, privileges, and immunities which have heretofore been granted to said party or any subsidiary organization by reason of the laws of the United States or any political subdivision thereof, are terminated.

14. The criminal liability of individual members of communist organizations is determined by a jury applying the enumerated standards set forth in 50 U.S.C.§ 844. In general, criminal intent and criminal participation to overthrow the government is

required for individual liability. 50 U.S.C. § 844 states as follows:

> In determining membership or participation in the Communist Party or any other organization defined in this Act, or knowledge of the purpose or objective of such party or organization, the jury, under instructions from the court, shall consider evidence, if presented, as to whether the accused person:
>
> (1) Has been listed to his knowledge as a member in any book or any of the lists, records, correspondence, or any other document of the organization;
>
> (2) Has made financial contribution to the organization in dues, assessments, loans, or in any other form;
>
> (3) Has made himself subject to the discipline of the organization in any form whatsoever;
>
> (4) Has executed orders, plans, or directives of any kind of the organization;
>
> (5) Has acted as an agent, courier, messenger, correspondent, organizer, or in any other capacity in behalf of the organization;
>
> (6) Has conferred with officers or other members of the organization in behalf of any plan or enterprise of the organization;
>
> (7) Has been accepted to his knowledge as an officer or member of the organization or as one to be called upon for services by other officers or members of the organization;
>
> (8) Has written, spoken or in any other way communicated by signal, semaphore, sign, or in any other form of communication orders, directives, or plans of the organization;
>
> (9) Has prepared documents, pamphlets, leaflets, books, or any other type of publication in behalf of the objectives and purposes of the

organization;

(10) Has mailed, shipped, circulated, distributed, delivered, or in any other way sent or delivered to others material or propaganda of any kind in behalf of the organization;

(11) Has advised, counseled or in any other way imparted information, suggestions, recommendations to officers or members of the organization or to anyone else in behalf of the objectives of the organization;

(12) Has indicated by word, action, conduct, writing or in any other way a willingness to carry out in any manner and to any degree the plans, designs, objectives, or purposes of the organization;

(13) Has in any other way participated in the activities, planning, actions, objectives, or purposes of the organization;

(14) The enumeration of the above subjects of evidence on membership or participation in the Communist Party or any other organization as above defined, shall not limit the inquiry into and consideration of any other subject of evidence on membership and participation as herein stated.

15. The Trump family has planned for the New World Order and this overthrow of government for many years. They have worked in tandem and in "lock step" with the New World Order, the Axis of Evil, and the Roosevelt dictatorship that is described in the "main action." The planning for the "Donald Trump role" in the New World Order, World War III, and the 2016 Presidential election has spanned multiple generations and decades of the Trump family. Donald Trump's father, Fred C. Trump created the "scorched earth blueprint" that Donald Trump has used for the 2016 Presidential election. The Trump family used the same identical "scorched earth" methodology in 1973 when the Department of Justice brought filed racial

7

1 discrimination lawsuits against Fred Trump, Donald Trump, and the Trump
2 organization. In 1973, Donald Trump personally attacked the American government
3 and described the American people as "being on welfare." In 2016, Donald Trump
4 still describes the same American people as "unemployed welfare recipients." He still
5 lies about his unsuccessful efforts to force his way into the National Football League
6 in the 1980's. He used the same "scorched earth approach." The National Football
7 League knows that "when Donald Trump speaks, Donald Trump is lying."

    16. Donald Trump is a member of the "Illuminati." He is the "stealth" Presidential candidate that is surreptitiously intending to steal our democracy and impose a permanent one ruler dictatorship on the United States of America. Donald Trump is waging war against America. He is trying to destroy our way of life while pretending to protect the American people. Lying in politics is generally not considered a criminal offense in the absence of other facts. BUT "lying in politics for the purpose of overthrowing the government" is a very different set of facts. "Lying in politics" for the purpose of installing a dictator is most certainly a criminal offense. Doing so while simultaneously waging war against America is treason. Mr. Trump is actively subverting the American government, he has commited many federal crimes in addition treason, and he is actively waging war against the United States of America. He lies to the American people on a daily basis while covering up his own involvement in the New World Order and World War III.

    17. Donald John Trump clearly meets the definition of a member of the Communist Party as defined by federal law. In addition, Mr. Trump has engaged in most, if not all, of the criminal conduct set forth in the enumerated list contained in 50 U.S.C. § 844. Mr. Trump is the "leading player" in the New World Order and the conspiracy to destroy America. Donald John Trump is also the "stealth" Presidential candidate. He is so important to the New World Order that the Illuminati cannot possibly succeed in destroying civilization without a Donald John Trump presidency.

Donald John Trump must be arrested immediately and should be treated like any other criminal that wages war against the American people.

## VI.  FIRST CLAIM FOR RELIEF
## DECLARATORY JUDGEMENT

18. Plaintiffs hereby incorporate by reference each and every allegation set forth above.

19. An actual controversy exists regarding the rights of the parties in this case. In cases of actual controversy within its jurisdiction, any court of the United Stat may declare the rights and other legal relations of any interested party seeking such a declaration, whether or not other relief is or could be available.

20. Plaintiffs seek Declarations of Judgement including preliminary and permanent injunctions barring defendant Donald John Trump from ever becoming President of the United States as set forth herein.

21. Plaintiffs further seek Declarations of Judgement including preliminary and permanent injunctions, adjudicating that Donald John Trump is a member of the Communist Party and the world wide global communist conspiracy as set forth in 50 U.S.C § 841 et seq.

22. Plaintiffs seek a declaratory judgement establishing that Donald John Trump shall forfeit all rights, privileges, and immunities which have heretofore been granted to said party or any subsidiary organization by reason of the laws of the United States or any political subdivision thereof.

WHEREFORE, Plaintiffs pray judgement as follows:

## PRAYER FOR RELIEF

1. For Declarations of Judgement, including Preliminary and Permanent Injunctions, that Donald John Trump is a member of the Communist Party and is legally ineligible to be President of the United States.

2. For Declarations of Judgement, including Preliminary and Permanent Injunctions, that Donald John Trump shall forfeit all privileges and immunities as set forth in 50 U.S.C. §842.

3. For such other and further relief as the Court may deem just and proper.

4. For attorneys fees and costs of suit according to proof.

Dated: September 19, 2016

By *[signature]*

Gregory R. Kaighn
Attorney for Plaintiffs

## VERIFICATION

We are the plaintiffs in this action. We have reviewed the Verified Complaint and we hereby swear and affirm under penalty of perjury under the laws of the United States that the contents are true and correct to the best of our knowledge.

Dated: September 19, 2016.

By *[signatures]*

Gregory R. Kaighn
Janis Kaighn