Gregory R. Kaighn, SBN 124049
1390 Broadway, Suite B-345
Placerville, CA 95667
telephone: (530) 363-6987

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Janis Kaighn, Gregory R. Kaighn, individually and as co trustees on behalf of the People of the United States who hold the underlying sovereignty in the American Democracy,

    Plaintiffs,

vs.

Donald John Trump,

    Defendant.

Case No.: 16-CV-02227-WBS-DB

Related Case: 16-CV-2117-KJM-CKD

MOTION FOR SUMMARY JUDGEMENT; MEMORANDUM OF POINTS AND AUTHORITIES, SEPARATE STATEMENT OF UNDISPUTED FACTS, REQUEST FOR JUDICIAL NOTICE, DECLARATION OF GREGORY R. KAIGHN

Date: November 14, 2016
Time: 1:30 p.m.
Courtroom: 5

## I. MOTION FOR SUMMARY JUDGEMENT

PLEASE TAKE NOTICE that on November 14, 2016 at 1:30 p.m. or as soon thereafter as the matter may be heard, Plaintiffs and co trustees Janis Kaighn and Gregory R. Kaighn shall move for Summary Judgement pursuant to Federal Rule of Civil Procedure 56. There are no triable issues of fact in this case; the material facts in this case are undisputed and have been in the public domain for many years. The

1

law is astonishingly clear.

In 1954 the United States Congress passed the Communist Control Act, 50 U.S.C. § 841 et. seq. To borrow a football analogy, Congress threw the longest miracle 'Hail Mary' pass in history. The purpose of the Communist Control Act was always to catch the Illuminati and break this insidious dictatorship. Communist is "code" and means Illuminati; Congress could only hope and pray that someone in the general public would someday "crack the code." The Illuminati invented communism for its 200 year war on civilization. The New World Order has been exposed. 62 years later, that "Hail Mary" pass has been caught. ***"Do you believe in miracles? Yes.[1]"***

The Communist Control Act does not allow an individual or an organization to hide behind labels, brands, or propaganda. The "Communist Party" cannot change it's name, color, or stripes. The law focuses on the conduct in furtherance of a conspiracy to wage war against the people of the United States. This is an anti terrorism statute. One terrorist can harm many people and one "communist" (as defined by federal law) can harm everyone.

Republican Presidential candidate Donald J. Trump is legally ineligible to serve as President of the United States. He meets the definition of a member of the world wide Communist movement. He has spent his entire professional life in organized crime. Mr. Trump has very close personal and business connections to the Mafia. The Mafia is waging war against the American people and Donald Trump has been the "mafia candidate for President" since 1988. He continues to be the "second generation" operator of a CIA money laundering operation that funds illegal private wars. He is the "public front man" for the Illuminati in the 2016 election. Donald

---

[1] Al Michaels words from the semi final ice hockey game at the 1980 Olympics at Lake Placid, New York.

Trump is ISIS, Donald Trump is the enemy. Donald Trump is waging World War III against the American people while he fraudulently runs for President. Donald Trump is the New World Order's stealth candidate.

We have filed this motion at this time so that all interested persons can consider his or her own personal options and criminal liability potential. The individual penalties are very severe for any person participating in this conspiracy. The November 8, 2016 election is only 46 days from the date of this filing. The hearing date is set for after the election. We are protecting the integrity of the election. We hope that the early filing of this motion will cause the G.O.P. to replace Mr. Trump on the ballot. Donald Trump will most certainly be found to be legally ineligible to serve as President; and Governor Mike Pence cannot be the President.

The "modern political rumor" that the Electoral College can "elect anyone" is false. The 12th and 20th Amendments to the Constitution are clear. If a president elect is ineligible to serve, then the vice president elect becomes an interim president and serves only until the House of Representatives chooses a President from among the other actual Presidential candidates. We urge our Republican friends to consider a "non Mafia" alternative to Mr. Trump.

This motion is based on evidence that has been in the public domain for decades. The evidence we offer in support of this motion is clear and admissible in a trial. Mr. Trump and all other "interested persons" must remember that we have far more evidence than this. The Verified Complaint in Related Case 16-CV-02117 is incorporated by reference as a part of this motion. Plaintiffs and co trustees also have eye witnesses in the form of 5 present or former Presidents of the United States from both political parties. The background facts are contained in the Verified Complaint in Civil Action 16-CV-02117.

**II. REQUEST FOR JUDICIAL NOTICE**

Federal Rule of Evidence § 201 states as follows:

3

The court may judicially notice a fact that is not subject to reasonable dispute because it:
(1) is generally known within the trial court's territorial jurisdiction; or
(2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.

(C) The court:
(1) may take judicial notice on its own; or
(2) must take judicial notice if a party requests it and the court is supplied with the necessary information.

Plaintiffs Request For Judicial Notice is included with this filing. We ask the Court to take Judicial Notice of the Verified Complaint on file in Civil Action 16-CV-02117. These pleadings are incorporated by reference into this motion for summary judgement. Copies of those pleadings are attached to our Request For Judicial Notice. Plaintiffs have met their burden and the District Court must take judicial notice as set forth in Federal Rule of Evidence 201.

Plaintiffs also request that the Court take Judicial Notice of a category that we call "Additional Adjudicative Facts" as referenced on our Separate Statement of Undisputed Facts filed herewith. Simply stated, these "Additional Adjudicative Facts" are adjudicative facts already in the public domain and not capable of any dispute. We seek the Judicial Notice of the facts in this case because they have been in the public domain for decades. These adjudicative facts meet the legal test outlined above. Donald Trump has lived his entire life in the press. He and his family have left behind a 60 plus year trail of evidence that is already public information.

**III. THE EVIDENCE IN SUPPORT OF THIS MOTION IS ADMISSIBLE**

For the purposes of this Motion For Summary Judgement, we are relying on a

4

combination of government records plus newspaper or magazine articles. The evidentiary basis for this motion is reliable, undisputed, and in the public domain. We have submitted a total of 23 exhibits that confirm that the facts alleged herein are all generally known and in the public domain. Newspaper and magazine articles are admissible evidence in Court. <u>Federal Rule of Evidence 807</u> is the operative statute that is used for newspapers and magazine articles that are offered into evidence.

The hearsay rules are found in sections 801 et. seq. of the Federal Rules of Evidence. Our use of newspaper and magazine periodicals constitutes "hearsay within hearsay" as described in Federal Rule of Evidence 805. The newspaper or magazine articles themselves are admissible pursuant to Federal Rule 807, and the detailed contents of the newspaper or magazine article are independently admissible pursuant to rule 805. In analyzing the admissibility of hearsay evidence, the ultimate test is the "reliability" of the evidence offered. In the present case, plaintiffs demonstrate "reliability" through the use of multiple overlapping sources that together confirm the universal reliability of the evidence and the public nature of the facts.

The evidentiary basis for each item of evidence is described in the authenticating Declaration of Gregory R. Kaighn filed herewith.

**IV. THE COMMUNIST CONTROL ACT OF 1954**

The first sentence of 50 U.S.C.§ 841 describes the Communist Party for the purposes of this statute:

> The Congress finds and declares that the Communist Party of the
> United States, although purportedly a political party, is in fact an
> instrumentality of a conspiracy to overthrow the Government of the
> United States. It constitutes an authoritarian dictatorship within a
> republic, demanding for itself the rights and privileges accorded to
> political parties, but denying to all others the liberties guaranteed by the

Constitution.

The Communist Control Act specifically defines the "Communist Party" not as a real political party but rather as an "instrumentality of a conspiracy to overthrow the Government of the United States."

50 U.S.C. 841 also describes and defines the authoritarian nature of the "world wide Communist movement" as follows:

> Unlike political parties, which evolve their policies and programs through public means, by the reconciliation of a wide variety of individual views, and submit those policies and programs to the electorate at large for approval or disapproval, the policies and programs of the Communist Party are secretly prescribed for it by the foreign leaders of the world Communist movement.

Individual members of the Communist movement are the terrorists committing acts of violence in America cities. Individual members of the Communist movement include police officers that intentionally kill American citizens. The cornerstone feature of "members of the Communist Party" are words or conduct suggesting the constitution is inapplicable in America. 50 U.S.C. § 841 also states as follows:

> Unlike members of political parties, members of the Communist Party are recruited for indoctrination with respect to its objectives and methods, and are organized, instructed, and disciplined to carry into action slavishly the assignments given them by their hierarchical chieftains. Unlike political parties, the Communist Party acknowledges no constitutional or statutory limitations upon its conduct or upon that of its members. . . The peril inherent in its operation arises not from its numbers, but from its failure to acknowledge any limitation as to the

nature of its activities, and its dedication to the proposition that the
present constitutional Government of the United States ultimately must
be brought to ruin by any available means, including resort to force and
violence.

The Communist Control Act specifically prohibits an individual from escaping liability through the use of creative labeling or re branding. 50 U.S. C. § 842 extends the reach of the law to "The Communist Party of the United States, or any successors of such party regardless of the assumed name." A person does not have to affirmative join the "Communist Party of America" to be legally found to be a "member of the world wide Communist movement."

The penalty for any person found to be a member of the "world wide Communist movement" is very severe. The result is the complete 100% loss of all rights, freedoms, privileges, and immunities otherwise available to American citizens. Those people found to be members of the world wide Communist movement

"are not entitled to any of the rights, privileges, and immunities
attendant upon legal bodies created under the jurisdiction of the laws of
the United States or any political subdivision thereof; and whatever
rights, privileges, and immunities which have heretofore been granted to
said party or any subsidiary organization by reason of the laws of the
United States or any political subdivision thereof, are terminated."

**V. DONALD TRUMP IS NOT ENTITLED TO A JURY TRIAL UNLESS HE CAN SHOW THAT A TRIABLE ISSUE OF FACT EXISTS**

The Communist Control Act specifically provides for a jury trial for any person

accused of being a member of the world wide Communist movement. The pre-amble to 50 U.S.C. § 844 states as follows:

> In determining membership or participation in the Communist Party or any other organization defined in this Act, or knowledge of the purpose or objective of such party or organization, the jury, under instructions from the court, shall consider evidence, if presented, as to whether the accused person. . .

Mr. Trump's right to a jury trial does not preclude summary judgement. The basic rules of statutory construction require the Court to read the two laws consistently with one another. If there are no triable issues of fact or law in a particular case, then summary judgement is always proper. ***Mr. Trump's entitlement to a jury trial in this case is dependent on raising a triable issue of fact.***

50 U.S.C. § 844 contains a non exclusive list that describes 13 different examples of conduct that give rise to a finding of membership in the "world wide Communist movement." Every single one of these 13 enumerated items applies to the conduct of Donald Trump. "Formal membership" in a "Communist Party" is not required. Any American citizen can theoretically run for President. No person running for President has a legal license to violate the Communist Control Act of 1954.

**VI. THE EVIDENCE AGAINST MR. TRUMP IS OVERWHELMING**

The evidence against Mr. Trump is so overwhelming that there are no triable issues of fact regarding Mr. Trump's involvement in the "world wide Communist movement." He is ineligible to ever be the President of the United States. Mr. Trump must forfeit all rights, privileges, and immunities available to other persons or citizens, including the right to run for President.

The evidentiary links in this case are very basic and easily established. Donald

Trump has been involved in organized crime for nearly his entire life. Donald Trump's long time association with and his "reverence" for Roy Cohn are devastating proof of the allegations that we make. The Mafia and the Illuminati are one and the same. They are fighting World War III against the American people. Donald Trump is directly linked to the CIA and the Illuminati through Resorts International and it's predecessor, the Mary Carter Paint Company. Donald Trump took over the CIA money laundering operation after James Crosby passed away. The "equity" interests were publicly sold to Merv Griffin while Donald Trump maintained control of the money laundering enterprise. The Communist Control Act ignores the self serving "labels."

Mr. Trump has also continued the prostitution and sex racket that Roy Cohn operated at the time of his death. That same "prostitution ring" still existed in 2006 when Deborah Jeane Palfrey was arrested and dubbed the "D.C. Madam." Her lawyer, Montgomery Sibley, still fights for justice and has telephone records that relate to a prominent Presidential candidate. These telephone records are said to materially impact the current Presidential election. Mr. Sibley's public statements lead to only three possibilities. One: Donald Trump was a potential "client." Two: Hillary Clinton was a potential "client." Three: Donald Trump was much more than a "client." Donald Trump is the "shot-caller" that is responsible for the murder of Deborah Jeane Palfrey. Donald Trump was not a "customer" and the telephone phone records obviously prove it. Mr. Sibley's posthumous defense of Deborah Jeane Palfrey has only one logical explanation.

**VI. CONCLUSION**

Donald Trump said the following about Roy Cohn:

**"I don't kid myself about Roy. He was no Boy Scout. He once told me that he'd spent more than two-thirds of his adult life under indictment on one charge or another. That amazed me,"**

Donald Trump is the Illuminati/Mafia candidate that is waging war against the American people while simultaneously running for President. Donald Trump is the political leader of the "world wide Communist movement" that is trying to destroy the American government and the American people.

Based on the foregoing, there are no triable issues of fact in this case and the law is clear. Plaintiffs and co trustees are entitled to Summary Judgement in this case. Respectfully submitted,

Dated: September 23, 2016

By /s/

Gregory R. Kaighn
Attorney for Plaintiffs